RECEIVED OCT 05 2005

U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse* *(612)664-5600*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

October 4, 2005

The Honorable David S. Doty
United States District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Frank and Stacy Ouellette
Criminal No. 00-169 (DSD)

Dear Judge Doty:

I am writing in response to the September 22, 2005, letter of Frank and Stacy Ouellette.

The letter is somewhat confusing, but it appears the Ouellettes want you to order that the government's lien on their home be eliminated or subordinated in some way. The ostensible purpose for such an order is so that any proceeds from the sale of the house will be applied towards restitution. The lien on the Ouellettes' house, however, is for the collection of restitution. If the lien is left in place, any net proceeds will be applied toward restitution; if the lien is eliminated or subordinated, the Ouellettes will, again, be in the position to steal money from Levina Strouckel, this time after her death. In other words, it appears the Ouellettes are trying to deceive the Court into allowing them access to the equity they admit is in their home and which is about to be transferred to their victim's estate. The Court should deny this request.

As part of their effort to obtain equity from the sale of their house for their own purposes, the Ouellettes make several false statements in their letter. Among these is the claim that they did not receive credit from the sale of the personal property ordered forfeited by you. In fact, the forfeiture sales produced

SCANNED
OCT 6 2005
U.S. DISTRICT COURT MPLS

FILED OCT 6 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

significant money for the victim which was credited against the restitution ordered in this case.

Very Truly Yours,

THOMAS B. HEFFELFINGER
United States Attorney

BY: MICHAEL L. CHEEVER
Assistant U.S. Attorney

MLC/arl
cc: Stacy and Frank Ouellette
Mark Mills, Probation Officer