UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-169

UNITED STATES OF AMERICA,
Plaintiff,
v.
STACY C. OUELLETTE (1)
FRANK L. OUELLETTE (2),
Defendants.

REASSIGNMENT OF CRIMINAL CASE

The following criminal case has been reassigned as follows:

Criminal No.

00-169

Defendant Name

Ouellette

Remove AUSA

Henry J. Shea

Add AUSA

Michael L. Cheever

Dated: October 6, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Henry J. Shea

BY: HENRY J. SHEA
Assistant U.S. Attorney
Attorney ID Number 165384